# EXHIBIT A

Mary Jo O'Neill, AZ Bar #005924
James Driscoll-MacEachron, AZ Bar #027828
Wasan Awad, AZ Bar #025352
Michael Baskind, AZ Bar 030810
**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, Phoenix District Office**
3300 N. Central Ave., Suite 690
Phoenix, Arizona 85012
Telephone: (602) 640-5032
Fax: (602) 640-5009
Email:  mary.oneill@eeoc.gov
        james.driscoll-maceachron@eeoc.gov
        wasan.awad@eeoc.gov
        michael.baskind@eeoc.gov

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>Scottsdale Wine Café, LLC d/b/a 5th and Wine,<br><br>Defendant. | Case No. 2:17-cv-00182-JJT<br><br>**DECLARATION OF WYATT LUPTON PURSUANT TO 28 U.S.C. § 1746** |

1. My name is Wyatt Lupton, I am over the age of 18, and I am the Charging Party in this action.

2. I was hired by 5th & Wine as a server on October 15, 2012, and I worked there until March 22, 2013. While working at 5th & Wine, I was also a full-time student.

3. After I was hired but before I began working at 5th & Wine, I attended a staff meeting where my supervisor and lead server Rachel Barkley presented me to the rest of the staff as gay. She introduced me by name and said, "He's our new gay


employee." I felt uncomfortable with this introduction because I felt it was inappropriate and irrelevant in the workplace, even though I was not ashamed of my orientation.

4. When I was hired at 5th & Wine and throughout the duration of my employment I was never given any employee handbook. I was never provided any training on employment discrimination, including sexual harassment. Additionally, I was not provided with any instructions about who to complain to if I experienced discrimination.

5. As early as November 2012, several employees in the kitchen started making derogatory comments of a sexual nature towards me and about me. This harassment occurred daily. The comments were unwelcome, and they made me feel very uncomfortable. For example, one of my coworkers, made several comments to me including: "Would you like to go to Karumba's with me? Don't you like Karumba's, or is it because I'm Mexican and my dick isn't big enough?" He also told me "Hey do you want to blow me in the walk-in? Do you have time to blow me?"; "You only like big dicks don't you? I can tell by the way you walk"; "Would you have sex with me? Come on, please have sex with me!"; and "Please just let me touch you, you are so beautiful, I just want to fuck you". Another employee told me "A blowjob makes your whole day but anal sex makes your hole weak".

6. In addition to the blatant verbal harassment, kitchen staff would also make kissing noises at me whenever I would make eye contact with them. It became almost like a game that only they enjoyed playing; they would make kissing noises whenever I entered the kitchen in an attempt to get me to look at them. If I came into the kitchen, they would make obscene gestures, wink, or make more kissing noises while nodding their heads. There was also physical contact at least once a week, the most disturbing of which was the prep cooks sneaking up behind me and running their fingernails up and down my spine.

7. The harassment in the kitchen happened every day, and it ran the gamut from wolf-whistling, kissing sounds, to comments about penis size and sex.

8. Sometimes the kitchen staff would walk out onto the dining room floor to go to the restroom and discreetly make obscene gestures towards me in front of guests. This included the kissing noises, winking, and making a circle with their thumb and forefinger then using the index finger on the other hand to mime penetration. Once, one of my coworkers, Jerry, also ran his fingernails down my spine while on the floor and in front of customers. Despite the shocked looks from a few customers, no one said anything despite me being visibly shaken.

9. I felt I was being specifically targeted, and that the harassment directed towards me was of a sexual nature specifically because of my sexual orientation.

10. I addressed the matter directly and in private with my harassers in mid-November and in both English and Spanish told the harassers to stop the harassment. I told them it was inappropriate and I didn't like the comments. I asked one of my coworkers why he was treating me like this, and he apologized in private but then continued to harass me even more viciously the next day when surrounded by his peers. It was as though they thought ganging up on me were a form of entertainment, and, as they reveled in it, the insults became ever more crude, crass, and disgusting.

11. After first addressing the matter with my harassers in mid-November, I reported these comments to management, including head chef BJ Curtis. I also reported it to lead servers and supervisors Rachel Barkley and Katherine in December, and again in January. Despite my complaints, the conduct did not stop. From November until January when chef BJ was terminated, chef BJ chastised the harassers approximately twenty-five times. However, the harassment would continue whenever he was out of earshot or off for the day.

12. Head chef BJ Curtis, who was very talented and very successful at 5th & Wine, informed general manager and part investor and supervisor Scott Yanni, and chef

-3-

        Josh Yazzi that the harassment I was enduring was inappropriate. Very shortly after he did so, he was terminated. I feel that his termination was directly linked to his support of me and his complaints to Yanni and Yazzi.

13. In the winter of 2012, when I brought the harassment to the attention of my supervisor Rachel Barkley she said, "This is just something you're going to have to deal with and don't you dare bring it up to Yanni." I understood that it would have gotten worse if I brought it up to Yanni.

14. After I complained to Rachel, I started being assigned worse tables on the floor which meant I got less tips, and I was impacted financially. I felt that due to my sexual orientation, I was intentionally and systematically being deprived of income by being assigned fewer tables, less busy parts of the restaurant, and/or getting sent home unnecessarily early.

15. Things got worse when I realized that the people who should have been protecting me, the management, were instead choosing to actively participate in the harassment.

16. Scott Yanni began participating in the harassment in the spring of 2013 after chef BJ left. For example, he referred to me as a "fag" on at least three different occasions.

17. Head chef Josh Yazzi had participated in the harassment as far back as November 2012 when he was a sous chef, though it was limited due to chef BJ's presence. However, Yanni's presence facilitated Yazzi's continued harassment. For example, once, while I was carrying a dish I was about to serve, I approached Yanni and chef Josh Yazzi and asked Yazzi to please hand me a lemon wrap to squeeze over a Caesar salad. Yazzi instead threw two whole lemons at me which I was obviously unable to catch because I only had one free hand. Yazzi then said, "Wow, can't even catch a lemon." My supervisor Yanni laughed and said, "Consider who you were throwing it to." As I was walking away, Yazzi said, "Well, I guess we know now that Wyatt isn't a catcher, at least not in the

kitchen," and both laughed at this sexual euphemism. I was humiliated, shocked, and angry. A few days later, when I asked another employee in the kitchen to hand me something, Yazzi again said "Remember, don't throw it to him though, Wyatt doesn't catch."

18. Yazzi also regularly used terms with me such as "sissy," "faggot," and "pussy" to address me in lieu of my actual name. On the occasions when I asked him to stop it actually created a feedback loop, and he would repeatedly say things such as "What, you don't like being called a faggot? I thought you would like it you pussy ass little faggot, since that is what you are." After enough times asking him to stop and getting the same sort of response I ceased asking him to stop.

19. Yanni and Yazzi made it clear that they felt I was inferior to them because of my sexual orientation. They made me feel that they were disgusted by my presence. Yanni and Yazzi's harassment made me feel trapped, because the taunts from them were also criticisms of my job performance, as well as derogatory remarks about whatever they imagined my private behavior to be at home. It was clear that they thought what I did at home was disgusting. I was never open about my personal life in the workplace, and I was single at the time so I never mentioned a significant other. They were operating under the assumption that, because I am homosexual, I must be participating in specific sex acts which were never a topic of discussion for anybody aside from them. This went far beyond any sort of acceptable dynamic between a subordinate and supervisor because they allowed their prejudices and preconceived notions about gay people to affect the way they treated me.

20. I eventually sought legal help and informed one of my coworkers that I had contacted an attorney due to the harassment. This coworker informed Yanni about my seeking legal assistance. Yanni then sent an email to all employees stating that he was unhappy with the employees' attitudes and that we should all consider his email to be a written warning. The next day, I was terminated as soon as I

showed up for my shift. I believe I was terminated in retaliation for my complaints and because Yanni found out I had sought legal help about the harassment.

21. The intentional harassment and retaliation caused me emotional pain, suffering, humiliation, and anguish. It affected me so much that I began to drink regularly and at times in excess. I used the alcohol to block out the harassment that I experienced. After I finished my shifts, I would buy vodka on the way home and have a few drinks to put me to sleep and help me forget what had happened at work. Despite this, I always strived to make sure that my drinking did not impact my work and that I would be on my best performance at work the following day.

22. I would always arrive to work fifteen minutes early and sit in the car sweating, wringing my hands, and stressing about what would happen to me at work that day. When I went into the restaurant I would already be distressed and fretting about being at work. I would actively try to avoid going near the kitchen for fear of being harassed by the kitchen staff. This anxiety inhibited me from performing at my fullest, because it was impeding me from fulfilling the basic functions of my job.

23. Often, when I left work, I would go to Dr. Lawrence's house. He was my close friend and mentor, and I would tell him, while in tears, about everything that had happened to me at work. He would console me as best he could but always saw me in a state of emotional anguish because of the working conditions I was dealing with. He saw me change from being a happy, bubbly, and vivacious person to being cynical, negative, and listless. Working at 5th & Wine impacted our relationship because of my change in attitude, and drinking to cope, yet, thanks to him, I ultimately was able to stop drinking. After I stopped drinking I did gain greater clarity into what was happening around me while I was on the clock at 5th & Wine.

24. About 80% to 90% of the time after leaving work I was emotionally distraught and called my grandmother and talked to her about what had happened to me that day. She was the proprietor of a restaurant for many years and always expressed that such behavior from the other staff was not normal. These calls were always emotional, and I nearly always ended up crying because I felt so hopeless about my situation.

25. I stayed at 5th & Wine because the treatment there made me genuinely believe that no one else would consider hiring me. Yanni made all the servers feel that he was so well connected in Scottsdale that he would know if any of us applied for another job at other restaurants. As such, I felt that 5th & Wine was my only opportunity and so, even though the working conditions were so horrible for me, I felt like there was no other option for me. I felt trapped in my circumstances, and I was not enjoying my life as much as I had before.

26. The harassment I suffered still affects me. I am constantly on edge when I am at work because I am afraid of being treated differently and negatively by others because of my sexual orientation. I am always anxious and fearful about supervisors who may target me because of my identity as a gay man. Since leaving 5th & Wine, I am always paranoid that by allowing myself to get too comfortable in my own skin, someone would find reason to harass me again.

27. I also have a visceral reaction when I drive by the former location of 5th & Wine in Scottsdale. I feel a crippling level of anxiety when I do, a tightness in my chest and stomach that has literally induced me to vomit on three occasions. As such I try not to drive by it, but I still have to sometimes because I work and go out in Scottsdale. Thankfully, my friends are understanding when I ask them to go out of their way so we can avoid the area.

28. Even now, five years later, reliving these events and revisiting these memories makes me cry. The pain, anxiety, and anguish it has caused me has left an indelible mark on my psyche to the detriment of my ability to form interpersonal

relationships both inside and outside the workplace, borne out of a fear which these events created inside me that was not there before.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 1st day of March 2018.

*/s/ Wyatt Lupton*
Wyatt Lupton