# EXHIBIT B

Mary Jo O'Neill, AZ Bar #005924
James Driscoll-MacEachron, AZ Bar #027828
Wasan Awad, AZ Bar #025352
Michael Baskind, AZ Bar 030810
**EQUAL EMPLOYMENT OPPORTUNITY**
**COMMISSION, Phoenix District Office**
3300 N. Central Ave., Suite 690
Phoenix, Arizona 85012
Telephone: (602) 640-5032
Fax: (602) 640-5009
Email:  mary.oneill@eeoc.gov
          james.driscoll-maceachron@eeoc.gov
          wasan.awad@eeoc.gov
          michael.baskind@eeoc.gov

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | Case No. 2:17-cv-00182-JJT |
| Plaintiff, | **DECLARATION OF JARED BAHNICK PURSUANT TO 28 U.S.C. § 1746** |
| vs. | |
| Scottsdale Wine Café, LLC d/b/a 5th and Wine, | |
| Defendant. | |

1. My name is Jared Bahnick, I am over the age of 18, and I am a claimant in this action.

2. 5th & Wine hired me as a server around June of 2012. I was employed at 5th & Wine until October 2013. 5th & Wine staff began to harass me in July 2012.

3. When I was hired at 5th & Wine, I was never given an employee handbook, and I was never provided with any training on sexual harassment or other types of employment discrimination. I was also never told who to complain to if I ever had issues at work.

4.  While I worked at 5th & Wine, my coworkers and supervisors thought I was gay and so I was treated badly and harassed every day. Even though I told them I was not gay, they said "It's ok, we know you're gay."

5.  When Wyatt Lupton was hired at 5th & Wine later he was also harassed. I was friendly with Lupton and tried to stand up for him and stop the harassment. Whenever I witnessed Lupton being harassed, I would tell my coworkers to cut it out. I couldn't stand to watch another employee being harassed like I was. My coworkers gave me the impression that they thought Lupton and I were more than friends. I tried to stand up for Lupton by telling management like Rachel Barkley and others that what was happening to Lupton was highly illegal and employment discrimination. I was ignored.

6.  My coworkers called me "strawberry shortcake" or "ginger snap" every day. They also either called me or referred to me as "faggot" or "fag" easily around 100 times. The name calling occurred even though I explicitly told my coworkers that I didn't like it. They also made kissing noises and licked their lips at me approximately three times a week for about six months before I quit. They would also wink and whistle at me all the time. The winking and whistling would happen for a few days and then die down and pick up again.

7.  My coworkers would tell me that I was sexy and I also heard comments such as "You make me so hard" and "You're beautiful" or "You would be a really beautiful woman." I also heard one coworker say "I like your butt and I would like to fuck it." Another coworker told me that he liked to watch me walk away.

8.  My coworkers also slapped me on the butt and penis using the back of their hands around four to six times.

9.  Because of the slapping, I loudly announced that I would punch the next person who touched me; however, this only made the harassment worse. After I said that, one of my coworkers would pinch and twist my arms until I screamed almost every day for about two weeks. He would sometimes pinch me while I was

1  carrying trays. His pinching caused bruises on my arms. I was afraid of the person

2  who was pinching me, and, while I thought about calling the police, I was fearful

3  of the repercussions.

4  10.  Scott Yanni, who was the general manager and supervisor, also harassed me. I

5  remember an incident in which he commented about my hair and asked, "Are you

6  sure you weren't giving Wyatt [Lupton] some head before you came to work?"

7  11.  Because of the harassment, I would try to avoid the kitchen and try to find

8  someone else to go into the kitchen for me. This ultimately impacted my tips

9  because the simplest of tasks would take longer; for example, it would take longer

10  to get an extra side of sauce for a customer because I was afraid to go into the

11  kitchen.

12  12.  Although the head chef BJ Curtis told me not to complain because I would only

13  get in more trouble, I regularly complained to Scott Yanni. Yanni did not care

14  about my complaints; he ignored me, and refused to document my complaints

15  even though I explicitly asked him to do so. Because management did nothing to

16  stop the harassment, I felt like the 5th & Wine staff felt empowered to harass me.

17  I think this is one of the reasons that the harassers were so vocal and energetic

18  when they harassed me.

19  13.  I was frustrated and angry by how useless my complaints were. I felt nothing was

20  going to get done, and I didn't know what my options were. I felt powerless.

21  14.  Based on Yanni's dismissive attitude when I complained about the harassment, I

22  was also worried that he was going to find ways to fire me or make the

23  environment more negative so that I would quit. I had just moved to Arizona, and

24  I didn't know anyone. If I was fired I was worried I would have a hard time

25  getting a job and paying my bills, including rent. I felt that there was nothing for

26  me to do and nowhere to go. I felt trapped at 5th & Wine.

27  15.  Ultimately, I quit in October 2013. On the day I quit, I was not given any tables

28  while others had at least two or three tables. I asked the hostess why I wasn't

given any tables. Yanni reprimanded me for asking her that question, even though we regularly ask the hostess for tables. He told me to go home for the night. I decided I couldn't take it anymore. I told Yanni that he was a terrible human being, and I quit. Yanni called head chef Yazzi and they cornered me in the kitchen as I was trying to leave. They then followed me in the parking lot until I left. I was fearful, frustrated, and angry when I left.

16. When the harassment first started, I had a defensive attitude and told myself that I would not let them bother me and I would brush it off. Then I started to feel betrayed, because I have always been a kind person and I felt the coworkers that were harassing me were horrible people. As a result, I began to have a negative perception of people in general.

17. The harassment made me feel humiliated and emotionally distressed.

18. I became uneasy and was always anxious at 5th & Wine. I didn't know how to deal with the harassment; I was constantly mentally alert and worried about whether I needed to physically protect myself. By the end of my shifts, I was always worn down. Because of the harassment, I would be more mentally and physically tired then at any other job I had had when I left work.

19. I did not want to be in the toxic environment at 5th & Wine, and so I did not want to go to work. I only worked my regularly scheduled shifts and did not take on extra work, which impacted me financially. But, sometimes I would end up staying past the end of my shifts at 5th & Wine because I was actively trying to dodge my harassers while finishing up my tasks, such as cleaning up. I would wait for them to move out of my area of the restaurant or for them to leave the restaurant. Even though I stayed past my shifts I was not paid for the extra time.

20. At the time, I lived in Scottsdale but I didn't have a social life because I was always worried about running into my harassers in the Scottsdale area. In the past I had social relationships with my coworkers but I did not feel comfortable being in a social environment with my 5th & Wine coworkers.

21. Even on my days off, I felt agitated and anxious even though I was not in the workplace. I was no longer carefree, and I felt I was hypersensitive to the way people treated each other and interacted with each other around me.

22. After I quit working at 5th & Wine, I completely shut down for approximately three months and was extremely depressed. I did not leave my house and stopped talking to anyone. I lost contact with my family, and my roommate became concerned for me. I stopped working and ran out of money.

23. I was concerned that anyplace I applied to, especially restaurants, would not hire me because of 5th & Wine. I believed once employers saw 5th & Wine on my resume they would speak to Yanni, and I would not get the job.

24. I feel like I went through a major personality change that was directly tied to my experience at 5th & Wine. Friends and family have also told me that I've changed since 5th & Wine. Before, I had been outgoing, funny, witty, and personable. After my time at 5th & Wine, I have changed emotionally and become more reserved, quiet, and more detached from those around me.

25. I am constantly anxious at the workplace now. I've also become more disengaged during personal conversations at work. Although I know I never did anything wrong at 5th & Wine, and I was just standing up for myself and for Wyatt Lupton, I am still fearful that the environment at any new workplace will be like 5th & Wine

26. Even though I know it's not true, I can't help but feel that there was something I did at 5th & Wine that sparked the harassment, and I don't want to endure that conduct again. I know it wasn't my fault, but I can't stop feeling anxious and afraid.

27. When I relive the memories of my time at 5th & Wine, I become angry, defensive, and I feel powerless. I also feel like I was denied justice because even after everything I went through, when it came time to bring 5th & Wine to account they closed their restaurant, and I feel like they dodged their

responsibility to me.

I declare under penalty of perjury that the foregoing is true and correct:

Dated this 1st day of March 2018.

Jared Bahnick