**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Equal Employment Opportunity Commission,<br><br>  Plaintiff,<br><br>v.<br><br>Scottsdale Wine Cafe LLC,<br><br>  Defendant. | **NO. CV-17-00182-PHX-JJT**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed March 21, 2018, judgment is entered in favor of plaintiff and against defendant in the amount of $ 100,000. This includes $50,000 in compensatory and punitive damages for Wyatt Lupton and $50,000 in compensatory and punitive damages for Jared Bahnick. This matter is hereby closed.

                                                Brian D. Karth
                                                District Court Executive/Clerk of Court

March 21, 2018

                                              s/ Sara L. Quinones
                                   By   Deputy Clerk